UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JINJA J. KYNG PARIAH JOHNSON,<br><br>         Petitioner,<br><br>-against-<br><br>SUPERINTENDENT SAMUELSON,<br><br>         Respondent. | 24-CV-126 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the February 5, 2024, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: February 5, 2024
     New York, New York

                   /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
                Chief United States District Judge